# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SELA HEALTHCARE, INC. d/b/a HOLIDAY MANOR, <br><br> Defendant. | Case No.: CV 19-543-DMG (JEMx) <br><br> **ORDER RE DISMISSAL OF ACTION [24]** |

The Court, having considered the parties' stipulation to dismiss the action, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs, except as set forth in their February 10, 2020 Settlement Agreement.

IT IS SO ORDERED.

DATED: February 19, 2020

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE